No. 267. SIX COMPANIES OF CALIFORNIA ET AL. *v.* JOINT HIGHWAY. DISTRICT No. 13 OF CALIFORNIA. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted, limited to the first question presented by the petition. *Messrs. Paul S. Marrin, Max Thelen, DeLancey C. Smith,* and *Jewel Alexander* for petitioners. *Messrs. Theodore P. Wittschen* and *Archibald B. Tinning* for respondent.

No. 287. BROWDER *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Walter H. Pollak* and *Carl S. Stern;* and *Carol King* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 338. WARSZOWER *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Osmond K. Fraenkel* and *Edward I. Aronow* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 330. OPP COTTON MILLS, INC., ET AL. *v.* ADMINISTRATOR OF THE WAGE AND HOUR DIVISION OF THE DE-

PARTMENT OF LABOR. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Ben F. Cameron* and *W. Gordon McKelvey* for petitioners. *Messrs. N. A. Townsend* and *Gerard Reilly* for respondent.

No. 377. EDWARDS *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. J. Forrest McCutcheon* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll, William J. Connor, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 362. UNITED STATES *v.* BETHLEHEM STEEL CORPORATION ET AL.; and

No. 363. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION *v.* BETHLEHEM SHIPBUILDING CORPORATION, LTD. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE STONE, MR. JUSTICE ROBERTS, and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Solicitor General Biddle* for petitioners. *Mr. Frederick H. Wood* for respondents. Reported below: 113 F. 2d 301.

No. 381. Z. & F. ASSETS REALIZATION CORPORATION *v.* HULL, SECRETARY OF STATE, ET AL.; and

No. 382. AMERICAN-HAWAIIAN STEAMSHIP CO. *v.* SAME. October 14, 1940. Petitions for writs of cer-